**STATE of Missouri, Respondent,**

v.

**William Louis BOLING, Appellant.**

**WD 77255**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 31, 2015

Rehearing Denied April 28, 2015

Evan J. Buchheim, Jefferson City, MO, for respondent.

Michelle D. Carpenter, St. Joseph, MO, and Stephen C. Parker, Jr., Fayetteville, AR, Pro Hac Vice, for appellant.

Before Division Three: Gary D. Witt, Presiding Judge, James E. Welsh, Judge and Zel M. Fischer, Special Judge

### ORDER

Per curiam:

William Boling was found guilty of one count of the Class B felony of possession of a controlled substance with intent to distribute. § 195.211. Boling challenges on appeal the trial court's denial of his motion to suppress the approximately thirty pounds of marijuana discovered in his vehicle. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).